# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2021 OCT 25 P 2: 54

---

(Full name of plaintiff(s))

Michael Steven Sokolowski

v.

(Full name of defendant(s))

Dr. Kuber

Dr. Ribault

Nurse Stephen McCullen

Case Number:

**21C1245**

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at __Racine Correctional__ (State) __Institution__ __2019 Wisconsin St. Sturtevant, WI 53177__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Dr. Kuber, Nurse Stephen McCullen__
__Dr. Ribault__ (Name)

Complaint – 1

is (if a person or private corporation) a citizen of **Unknown**
(State, if known)
and (if a person) resides at **Unknown**
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
**Department of Corrections**
worked for **2019 Wisconsin St. Sturtevant, WI 53177**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Michael Steven Sokolowski is an inmate at Racine Correctional Institution in Racine, Wisconsin. On 3-19-21 the plaintiff arrived at Racine Correctional Institution with a diagnosis of Acute Prostatitis and a referral for a Urology/specialist consultation. On 3-30-21 the plaintiff submitted a Health service request form do to recurring penile pain, associated with his current diagnosis. On 3-31-21 the plaintiff was seen briefly by nurse Travis Brady. The plaintiff was then notified an appt. would be made to see

Complaint – 2

the Doctor.

On 4-20-21 plaintiff Michael Steven Sokolowski, was seen by Dr. Kuber, at which time Dr. Kuber told the plaintiff he did not have prostatitis because he was to young. At this current time the plaintiff informed Dr. Kuber that his symptoms had subsided. The plaintiff also said "Dr. Kuber since you said "I don't have prostatitis" I probably shouldn't continue taking the finasteride I was prescribed by Dr. Martin then"? She shook her head no.(Dr. Martin is the Dr. from Dodge Correctional Institution who diagnosed me with Prostatitis after doing a prostate exam.) Dr. Kuber also told the plaintiff "that if his symptoms reoccur to write Health Services and she would put him back on the finasteride. Dr. Kuber's professional opinion made and advice given that day, were based on no type of medical examination, tests of any kind, and the plaintiff's prior diagnosis was not taken into consideration, but more or less discredited.

Complaint - 3

Case 2:21-cv-01245-PP   Filed 10/25/21   Page 3 of 8   Document 1

On 5-2-21 the plaintiffs painful symptoms returned. The plaintiff submitted another health request form for help. Which seemingly triggered an endless cycle of the plaintiffs persistent crys for help, being answered only by pointless visits with the nurse. Where the plaintiff was not taken seriously and received no real medical attention for his condition. Especially from nurse Stephen McCullen who not only minimized the plaintiffs condition on several occasions, refused to see the plaintiff on 7-14-21, and made untrue statements in the nursing narrative note on 7-14-21 without even seeing the plaintiff.

On 6-14-21 the plaintiff was seen by Dr. Kuber at Racine Correctional Institution which was supposed to be in regards to his ongoing symptoms of prostatitis. However Dr. Kuber had no idea that's what she was seeing the plaintiff for stating" I thought that was gone. This was the provider

appointment the plaintiff was waiting in pain for 2 months for, but received only a routine physical. At which time the plaintiff tried to inform Dr. Kuber of his unpredictable symptoms, only to be cut off in mid sentence by Dr. Kuber who stated to the plaintiff "Stop, your perfectly healthy, there's nothing wrong with you your imagining the pain. You should redirect your thoughts and seek anxiety medication from Psych." Once again the plaintiff's past diagnosis and condition were ignored.

The plaintiff was seen by Dr. Ribault on 7-19-21 at which time he was prescribed meds again, meds that seemed to work at first in the past, but stopped working after a few weeks stated the Plaintiff.

On 8-12-21 the plaintiff was seen by Dr. Ribault and nurse Travis Brady at which time once again the plaintiff's

Complaint - 5

condition and symptoms were minimized. The plaintiff's condition wasn't addressed properly dispiite the fact the plaintiff could barely walk without experiencing extreme pain. The plaintiff returned to the Health Service Unit two more times that day pleading for help because his pain was worsening. At which time nurse Moore stated "I will send an email for you to be seen by Dr. Ribault in the morning." The next day 8-13-21 the plaintiff was never seen by Dr. Ribault. At 11:00 pm on 8-13-21 the plaintiff was sent to Ascension All Saints Hospital by nurse Moore where the plaintiff was diagnosed with epididymitis, which can be caused by complications of prostatitis. Even after all this the Dr. (Dr. Ribault) canceled the plaintiff's referral for a Urology appointment from March.

Complaint-6

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am requesting an injunction to stop Dr. Kuber, Dr. Ribault, and Nurse Stephen McCullen from using Deliberate Indifference when treating my medical condition.

I also request 675,000.00 dollars from the defendants for the permanent damage they have caused my body. Which leaves me in great pain to this day.

(Dollar amount is total amount not per defendant)

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __20th__ day of __October__ 20 __21__.

Respectfully Submitted,

*/s/ signature*

Signature of Plaintiff

__390981__

Plaintiff's Prisoner ID Number

__Racine Correctional Institution__

__P.O. Box 900 Sturtevant, WI 53177__

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:21-cv-01245-PP   Filed 10/25/21   Page 8 of 8   Document 1